**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 15-cv-00075-GPG

JENNIFER M. STICKLER,

      Applicant,

v.

KIM ELLIS, Probation Officer, 4th Judicial District-Colorado,
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

      Respondents.

**MINUTE ORDER**

ORDER ENTERED BY MAGISTRATE JUDGE GORDON P. GALLAGHER

      Counsel, on behalf of Respondent Kim Ellis, has filed a Motion for Leave to File a Pre-Answer Response After Time has Expired, ECF No. 13. The Motion is granted. Respondent Kim Ellis joins completely with the Attorney General's Pre-Answer Response filed with the Court on March 11, 2015. Since no new arguments are submitted by Respondent Ellis, no additional time is needed for Applicant to reply.

Dated: April 2, 2015